UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



Yolanda Robinson,

        Plaintiff,

v.

Diversified Collection Services, Inc. aka
Performant Recovery, Inc.; and
DOES 1-10, inclusive,

        Defendants.

Civil Action No.: 6:12-cv-06657-MAT

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Diversified Collection Services, Inc. aka Performant Recovery, Inc. with prejudice and without costs to any party.

Yolanda Robinson

__/s/ Sergei Lemberg__

Sergei Lemberg, Esq. (SL 6331)
LEMBERG & ASSOCIATES
1100 Summer Street, 3rd Floor

Diversified Collection Services, Inc. aka
Performant Recovery, Inc.

__/s/ Concepcion A. Montoya__

Concepcion A. Montoya
HINSHAW & CULBERTSON LLP
780 Third Avenue, 4th Floor

Stamford, CT  06905  
(203) 653-2250  
Attorney for Plaintiff

New York, New York 10017  
Tel: (212) 471-6200  
Attorney for Defendant

SO ORDERED

*/s/ Michael A. Telesca*  
MICHAEL A. TELESCA  
United States District Judge

DATE  June 19, 2013